**Marcus LANE, Sr., Plaintiff–Appellant,**

v.

**C.T. WOODY, Sheriff; Lt. Col. Burnett; Dr. Furma, Head Doctor Richmond City Jail Medical Department, Defendants–Appellees.**

No. 08–6673.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 14, 2008.

Decided: Aug. 21, 2008.

Marcus Lane, Sr., Appellant Pro Se.

Before MICHAEL, Circuit Judge, and WILKINS and HAMILTON, Senior Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Lane, Sr., appeals a district court order dismissing without prejudice his complaint for failing to provide a current mailing address. Because Lane was obligated to keep the district court informed of any change of address, we affirm the court's order. We deny Lane's motions for transcript at government expense and appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*